LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 221
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Shannon Hematian

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 29 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Hematian,<br><br>        Plaintiff,<br><br>  vs.<br><br>Fidelity Information Corp.; and Does 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:11-cv-01244-MMM-VBK<br><br>[PROPOSED] ORDER ON STIPULATED JUDGMENT |

1     Based on the Stipulated Judgment submitted:

2     Judgment to be entered against Defendant Fidelity Information Corp. in the
3 total amount of Three Thousand Five Hundred dollars ($3500.00) in favor of Plaintiff,
4 Shannon Hematian. Each party to bear their own costs and fees.

7 IT IS SO ORDERED:

9 DATED: 06.29.11                       *Margaret M. Morrow*
10                                          Margaret M. Morrow